1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOE MUNOZ, JR.,                          )      NO. ED CV 11-2042-E
                                            )
12                   Plaintiff,             )
                                            )
13        v.                                )          **JUDGMENT**
                                            )
14 MICHAEL J. ASTRUE, COMMISSIONER          )
   OF SOCIAL SECURITY,                      )
15                                          )
                     Defendant.             )
16 _____)

17

18       IT IS HEREBY ADJUDGED that the decision of the Commissioner

19 of the Social Security Administration is reversed in part and the

20 matter is remanded for further administrative action consistent with

21 the Memorandum Opinion and Order of Remand filed concurrently

22 herewith.

23

24          DATED: July 20, 2012.

25

26

                        _____/S/_____
27                           CHARLES F. EICK
                        UNITED STATES MAGISTRATE JUDGE

28