1 | LAW OFFICES OF BILL LATOUR
2 | BILL LATOUR [CSBN: 169758]
  |    1420 E. Cooley Dr., Suite 100
3 |    Colton, California 92324
4 |    Telephone: (909) 796-4560
  |    Facsimile:  (909) 796-3402
5 |    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| JOE MUNOZ, | ) No. EDCV 11-2042 E |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($1,200.00) subject to the terms of the stipulation.

DATE: 10/10/12        /s/ Charles F. Eick

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE